UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00098 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JEROME DEUNTIA MORRIS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about May 5, 2022, the defendant,

JEROME DEUNTIA MORRIS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses committed on occasions different from one another:

1. Possession of a Defaced Firearm, in Clark County, Arkansas, Circuit Court in Case Number 2008-68;

2. Terroristic Threatening in the First Degree, in Clark County, Arkansas, Circuit Court in Case Number 10CR-13-139;

3. Terroristic Threatening in the First Degree, in Clark County, Arkansas, Circuit Court in Case Number 10CR-17-39; and,

4. Sexual Assault in the Second Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-1058.

B. On or about May 5, 2022, in the Eastern District of Arkansas, the defendant,

JEROME DEUNTIA MORRIS,

1

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson Model SW40VE, a .40 caliber pistol, bearing serial number DSE0017, in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JEROME DEUNTIA MORRIS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]